JOHN-ANDERSON L. MEYER   8541
G. KIKAHA CHEE                       11455

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI  96813
Telephone:  808 524-1800
Facsimile:   808 524-4591
Email: anderson.meyer@dentons.com
          kikaha.chee@dentons.com

Attorneys for Defendants
CVS PHARMACY, INC. and
LONGS DRUG STORES CALIFORNIA, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PEGGY MAU,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CVS PHARMACY, INC.; LONGS DRUG STORES CALIFORNIA, L.L.C.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>                    Defendants. | Case No. 1:21-cv-00464-SOM-WRP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES**<br><br><br><br>Judge:  Hon. Judge Wes Reber Porter |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the parties hereto, through their respective counsel, that this action be and is hereby dismissed with prejudice. All claims and parties are dismissed. Each party shall bear their own costs and attorneys' fees. No other claims, parties, or issues remain in this action. All parties who have appeared in this action have signed this Stipulation.

DATED: Honolulu, Hawai`i, October 10, 2022.

/s/ John-Anderson L. Meyer
JOHN-ANDERSON L. MEYER
G. KIKAHA CHEE

Attorneys for Defendants
CVS PHARMACY, INC. and LONGS
DRUG STORES CALIFORNIA, L.L.C.

/s/ Rechelle A.M. Barbour
LAURENT J. REMILLARD, JR.
DON V. HUYNH
RECHELLE A.M. BARBOUR

Attorneys for Plaintiff
PEGGY MAU

**APPROVED AS TO FORM:**

*Susan Oki Mollway*
JUDGE OF THE ABOVE-ENTITLED COURT

*Peggy Mau v. CVS Pharmacy, Inc., et al.*; United States District Court, District of Hawai`i; Case No. 1:21-cv-00464-SOM-WRP; **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES**